*Robert G. Schultz*
*Leavy, Schultz, Davis & Fearing, P.S.*
*2415 West Falls Avenue*
*Kennewick, WA 99336*
*Attorneys for Defendant Energy Northwest*
*(509) 736-1330*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHIE JARRELL, individually, | ) |
| | ) NO. CV-10-5002-LRS |
| Plaintiff, | ) |
| | ) |
| | ) ORDER DISMISSING ALL |
| vs. | ) CLAIMS AGAINST ENERGY |
| | ) NORTHWEST |
| WILLIAMS INDUSTRIAL SERVICES, | ) |
| GROUP, LLC, a Georgia business entity, | ) |
| and WILLIAMS PLANT SERVICES LLC, | ) |
| a Georgia business entity; and ENERGY | ) |
| NORTHWEST, a municipal corporation | ) |
| and joint operating agency of the State of | ) |
| Washington, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

THE COURT, having considered the joint motion for order of dismissal, ECF No. 85, together with the Affidavit of Robert G. Schultz and the attached

ORDER DISMISSING ALL CLAIMS
AGAINST ENERGY NORTHWEST - 1

stipulations reflecting that all parties agree, and further finding Energy Northwest did not bear fault in connection with the accident as alleged in plaintiff's amended complaint, NOW, THEREFORE,

IT HERE ORDERED, ADJUDGED AND DECREED that the joint motion, ECF No. 85, is GRANTED and, all claims against Energy Northwest be, and hereby are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this order does not affect the rights of Energy Northwest, if any, under its contract with Williams Plant Services with respect to attorney's fees and costs incurred in this litigation.

DATED this 5th day of August, 2011.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Court Judge

s/Robert G. Schultz
ROBERT G. SCHULTZ, WSBA NO. 15406
Attorney for Defendant Energy Northwest
LEAVY, SCHULTZ, DAVIS & FEARING, P.S.
2415 West Falls Avenue
Kennewick, WA 99336
Telephone: (509) 736-1330
Fax: (509) 736-1580
Email: rschultz@tricitylaw.com

ORDER DISMISSING ALL CLAIMS
AGAINST ENERGY NORTHWEST - 2

| | |
|---|---|
| 1 | |
| 2 | Approved by: |
| 3 | s/Angel D. Rains |
| 4 | ANGEL D. RAINS, WSBA NO. 28466 |
| 5 | Attorney for Defendant Energy Northwest<br>OFFICE OF GENERAL COUNSEL |
| 6 | ENERGY NORTHWEST |
| 7 | P.O. Box 968, Mail Drop PE 13<br>Richland, WA 99352 |
| 8 | Telephone: (509) 377-8291 |
| 9 | Fax: (509) 372-5330 |
| 10 | Email: adrains@energy-northwest.com |

ORDER DISMISSING ALL CLAIMS
AGAINST ENERGY NORTHWEST - 3